UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THOMAS FISHER
WILLIAM FISHER                             JURY TRIAL DEMANDED

   v.                                      CASE NO.  3:05CV

NATIONAL ENTERPRISE SYSTEMS, INC.

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692; the Connecticut Creditor Collection Practices Act, Conn. Gen. Stat. § 36a-645 or the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and regulations issued thereunder; and the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2.   The Court has jurisdiction. 15 U.S.C. § 1692k; 28 U.S.C. §1331 and § 1367.

3.  Each Plaintiff is a natural person who resides in CT.

4. Defendant is a debt collector within the FDCPA.

5. Defendant repeatedly communicated with plaintiffs or others on or after one year before the date of this action, in connection with collection efforts with regard to a personal account allegedly owing to Hilco.

6. Defendant did not cease calling plaintiff William Fisher despite notice that the defendant was calling the wrong number, and requests to stop calling.

First Count

6. In the collection efforts, defendant violated the FDCPA, *inter alia*, § 1692c, -e, -f, or -g.

Second Count.

7.  The allegations of the First Count are repeated and realleged as if fully set forth herein.

8. Within three years prior to the date of this action Defendant has engaged in acts and practices as to plaintiff in violation of the Creditors' Collection Practices Act, C.G.S. §36a-645 *et seq.*, or the Consumer Collection Agency Act, C.G.S. § 36a-800 *et seq.*

9. Defendant has thereby committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a *et seq.*

WHEREFORE plaintiff respectfully requests this Court to:

1.  Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages for each communication;

2.   Award the plaintiff costs of suit and a reasonable attorney's fee;

3.  Award declaratory and injunctive relief, and such other and further relief as law or equity may provide.

THE PLAINTIFF

BY____/s/ Joanne S. Faulkner___
        JOANNE S. FAULKNER ct04137
        123 Avon Street
        New Haven, CT 06511-2422
        (203) 772-0395
        j.faulkner@snet.net

2