UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS FISHER<br>WILLIAM FISHER | : <br> : <br> : | CASE NO. 3:05CV00201(RNC) |
| VS. | : <br> : <br> : | |
| NATIONAL ENTERPRISE SYSTEMS, INC. | : | APRIL 15, 2005 |

## ANSWER

The defendant, National Enterprise Systems, Inc. ("NES"), by and through the undersigned counsel, for its Answer to the Complaint herein, states, as follows:

1. Admits that plaintiffs purport to assert claims under the statutes enumerated in this Paragraph 1, but denies that plaintiffs have properly stated such claims or that defendant NES is liable thereunder.

2. Denies knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph 2 and therefore leaves the plaintiffs to their proof.

3. Admits that plaintiffs are natural persons, but denies knowledge or information as to the current residence of the plaintiffs and therefore leaves the plaintiffs to their proof.

4. Admits that defendant sometimes acts as a debt collector within the meaning of the FDCPA, but denies knowledge or information as to whether the debt at issue was incurred for personal family or household purposes and therefore denies this Paragraph 4 and leaves the plaintiffs to their proof.

5. Admits that defendant attempted to communicate with Thomas Fisher in connection with an account owed to Hilco, and otherwise denies the remaining allegations contained in this Paragraph 5.

6. Denies.

6(sic). Denies.

7. The answers to Paragraphs 1-6(sic) are hereby restated and realleged as the answer to this Paragraph 7 as though fully set forth herein.

8. Denies.

9. Denies.

## FIRST AFFIRMATIVE DEFENSE

The complaint fails to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

Any violation of the FDCPA, which defendant NES denies, was unintentional, resulting from a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid such error.

## THIRD AFFIRMATIVE DEFENSE

The plaintiff's claims are barred, in whole or in part, by the applicable statute of limitations.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiffs lack standing to assert all or a part of the claims purportedly set forth in the Complaint.

THE DEFENDANT,
NATIONAL ENTERPRISE SYSTEMS, INC.


By: _____
    Jonathan D. Elliot
    Federal Bar No.(ct05672)
    Kleban & Samor, P.C.
    2425 Post Road
    Southport, CT 06490
    (203) 254-8969


**CERTIFICATION**

      This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 15th day of April, 2005, to:

Joanne S. Faulkner, Esq.
123 Avon Street
New Haven, CT 06511


_____
Jonathan D. Elliot