UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
THOMAS FISHER                 :      CIVIL ACTION NO.:
WILLIAM FISHER                :      3:05CV00201(RNC)
                              :
VS.                           :
                              :
                              :
NATIONAL ENTERPRISE SYSTEMS, INC.   :      MAY 17, 2005

## NOTICE OF SETTLEMENT

The defendant in the above-captioned action hereby advises the Court that plaintiff and defendant have reached a settlement of the above-captioned case and that counsel are in the process of preparing the papers reflecting the settlement. Pursuant to Rule 16(b) of the Local Rules of this District, counsel advises the Court of this settlement and requests that all pending deadlines, motions and pleadings be held in abeyance pending completion of the settlement documentation and submission of appropriate stipulations or notices, as the case may be.

THE DEFENDANT,
NATIONAL ENTERPRISE SYSTEMS, INC.

By: _____
Jonathan D. Elliot
Federal Bar No.(ct05672)
Kleban & Samor, P.C.
2425 Post Road
Southport, CT 06490
(203) 254-8969

## **CERTIFICATION**

       This is to certify that a copy of the foregoing was mailed this 23rd day of May, 2005, first class mail, postage prepaid to:

Joanne S. Faulkner, Esq.
123 Avon Street
New Haven, CT 06511

                                                            _____
                                                            Jonathan D. Elliot